UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA         :

              -v.-                                    :

MICHAEL VANHISE,                         :
ROBERT CHRISTOPHER ASCH,
    a/k/a "Chris,"                              :
and RICHARD MELTZ,
    a/k/a "Rick,"                               :

              Defendants.          :
-----------------------------------------------------------X

ORDER

12 Cr. 847 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/13

PAUL G. GARDEPHE, U.S.D.J.:

        Upon the application of the Defendant, RICHARD MELTZ, and for good cause shown,

IT IS HEREBY ORDERED THAT:

        WHEREAS Defendant Richard Meltz, register number 91993-054, is currently detained

at the Metropolitan Correctional Center, New York ("MCC"); and

        WHEREAS Counsel for Defendant Meltz has requested that Dr. Richard Krueger, a

forensic psychiatrist, be permitted to meet with and evaluate Mr. Meltz at the MCC for as many

days as needed from July 1 to July 31, 2013; and

        WHEREAS, in order to conduct his evaluation, Dr. Krueger needs to meet with Mr.

Meltz privately for several hours per visit and to bring paper tests and records with him to the

meetings;

IT IS HEREBY ORDERED THAT:

        The Bureau of Prisons shall grant Dr. Richard Krueger access to the Metropolitan

Correctional Center, New York, to meet with and examine Richard Meltz, register number

91993-054, for as many days as needed from July 1, 2013 to July 31, 2013; and

1. That for each visit, Dr. Krueger shall be permitted to meet with Mr. Meltz in a private room in the attorney visiting area on the third floor of the facility for as long as needed; and

2. That Dr. Krueger is authorized to bring any necessary paper tests, materials and records with him into the facility for his meeting(s) with Mr. Meltz.

SO ORDERED:

_____  
Paul G. Gardephe  
United States District Judge

Date June 21, 2013