UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA                       :

       -v.-                                          :

MICHAEL VANHISE,                               :
ROBERT CHRISTOPHER ASCH,
    a/k/a "Chris,"                             :
and RICHARD MELTZ,
    a/k/a "Rick,"                              :

           Defendants.            :
----------------------------------------------------X

ORDER
12 Cr. 847 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/13

PAUL G. GARDEPHE, U.S.D.J.:

      Upon the application of the Defendant, RICHARD MELTZ, and for good cause shown,

IT IS HEREBY ORDERED THAT:

      WHEREAS Defendant Richard Meltz, register number 91993-054, is currently detained at the Metropolitan Correctional Center, New York ("MCC"); and

      WHEREAS Counsel for Defendant Meltz has attempted to contact the Social Security Administration from a phone normally reserved for inmates and has been told that his business with the Social Security Administration must be conducted from a "non-inmate" phone ; and

      WHEREAS, Mr. Meltz has informed his counsel that MCC rules require a Court order to allow him access to a "non-inmate" phone for these purposes;

IT IS HEREBY ORDERED THAT:

      The Bureau of Prisons shall grant Mr. Meltz access to a "non-inmate" phone during regular business hours for the sole purpose of conducting business with the Social Security Administration, on as many occasions as necessary to complete said business.

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge

Date June 21, 2013