# MANDATE

S.D.N.Y.-NYC
12-cr-847
Gardephe, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand fifteen.

Present:
    Robert A. Katzmann,
        *Chief Judge,*
    Gerard E. Lynch,
        *Circuit Judge,*
    Janet Bond Arterton, *
        *District Judge*.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: October 13, 2015 |

United States of America,

        *Appellee*,

v.                                14-3755

Richard Meltz, AKA Rick,

        *Defendant-Appellant*,

Michael Vanhise, AKA Sealed Defendant 1, Robert Christopher Asch, AKA Chris, Gilberto Valle, AKA Sealed Defendant 1,

        *Defendants*.

The Government moves to dismiss this appeal as barred by the waiver of appellate rights contained in Appellant's plea agreement. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED. Appellant has not demonstrated that the waiver of his appellate rights is unenforceable under *United States v. Gomez-Perez*, 215 F.3d 315, 319 (2d Cir. 2000).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

* Judge Janet Bond Arterton of the United States District Court for the District of Connecticut, sitting by designation.

**MANDATE ISSUED ON 10/13/2015**